

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorneys for the United States of America*

FILED _____
ENTERED _____
COUNSEL/PARTIES _____

APR 1 2 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DE___

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| | Case No. 2L22-cr-00079 APG EJY |
| vs. | **VIOLATIONS:** |
| AYELE JAH'NE HOLMES, | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – |
| Defendant. | Illegal Acquisition of a Firearm (Five Counts) |

**THE GRAND JURY CHARGES THAT:**

**COUNTS ONE, TWO, THREE, FOUR, AND FIVE**
False Statement During Purchase of a Firearm
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

On or about the dates below, in the State and Federal District of Nevada,

**AYELE JAH'NE HOLMES,**

defendant herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "FFLs"), knowingly made and caused to be made a false and fictitious written statement to each of the FFLs, which statements were intended and likely to deceive each of the FFLs

1  as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title
2  18, United States Code, in that HOLMES did complete and execute a Bureau of Alcohol,
3  Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein
4  HOLMES represented that she was the actual transferee/buyer of the firearms, when in fact,
5  and as the defendant well knew, she was not the actual transferee/buyer of the firearms and
6  was buying them for another person.

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| ONE | 10/28/2020 | Briarhawk Firearms & Ammunition | (1) SCCY CPX-2, 9mm semi-automatic pistols, bearing serial number C031565; (2) SCCY CPX-2, 9mm semi-automatic pistols, bearing serial number C021889; (3) SAR ST9, 9mm semi-automatic pistol, bearing serial number T1102-20AC52029; (4) Tisas Zigana PX-9, 9mm semi-automatic pistol, bearing serial number T0620-20BM09401; and (5) SAR SAR9T, 9mm semi-automatic pistol, bearing serial number T1102-20CC50170. |
| TWO | 11/07/2020 | Briarhawk Firearms & Ammunition | (1) Springfield XDM Elite, 9mm semi-automatic pistol, bearing serial number BY418034; (2) Glock 19, 9mm semi-automatic pistol, bearing serial number BRFP793; (3) Glock 45, 9mm semi-automatic pistol, bearing serial number BRKR878; (4) Taurus G2C, 9mm semi-automatic pistol, bearing serial number ABK016482; (5) Ruger Security 9, 9mm semi-automatic pistol, bearing serial number 383-73778; (6) Armscor M200, 38 special, semi-automatic pistol, |

2

| COUNT | DATE | DEALER (FEDERAL FIREARMS LICENSEE) | FIREARMS |
|---|---|---|---|
| | | | bearing serial number RIA2243307; (7) Armscor M200, 38 special, semi-automatic pistol, bearing serial number RIA2243313; (8) Smith & Wesson M&P 15 Sport II, 5.56 semi-automatic rifle, bearing serial number TP91981; (9) Tisas Zigana PX-9m, 9mm semi-automatic pistol, bearing serial number T0620-20BM09409; and (10) Ruger American, 9mm semi-automatic pistol, bearing serial number 861-53455. |
| THREE | 11/20/2020 | Briarhawk Firearms & Ammunition | (1) Tisas Zigana PX-9, 9mm semi-automatic pistol, bearing serial number T0620-20BM09611. |
| FOUR | 12/11/2020 | Briarhawk Firearms & Ammunition | (1) SCCY CPX, 9mm semi-automatic pistol, bearing serial number C060496; and (2) Diamondback DB9, 9mm semi-automatic pistol, bearing serial number YL5880. |
| FIVE | 01/14/2021 | Briarhawk Firearms & Ammunition | (1) Taurus G3, .22 LR semi-automatic pistol, bearing serial number ABN361542. |

///

///

///

///

///

///

///

3

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 12th day of April, 2022.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By_____
JOSHUA BRISTER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4